IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:22-CR-117 |
| MIGUEL ANGEL HERNANDEZ | § § | Judge Jordan |

**INDICTMENT**

FILED
MAY 12 2022
Clerk, U.S. District Court
Texas Eastern

The United States Grand Jury charges:

**Count One**

Violation: 21 U.S.C. § 841(a)(1)
(Possession with the Intent to Distribute Cocaine)

On or about December 8, 2021, in the Eastern District of Texas, MIGUEL ANGEL HERNANDEZ, defendant, did knowingly and intentionally possess with the intent to distribute or dispense a mixture or substance containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(a)(1).

**Count Two**

Violation: 18 U.S.C. § 924(c)
(Possession of a firearm in furtherance of a drug trafficking crime)

On or about December 8, 2021, in the Eastern District of Texas, Defendant MIGUEL ANGEL HERNANDEZ did knowingly brandish, discharge and use a firearm, namely: a Canik TP9 SFX handgun, serial number T6472-21BG36082, during and in

relation to and in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, namely: possession with intent to distribute cocaine, in violation of Title 21 United States Code, Section 841(a)(1).

In violation of Title 18 United States Code, Section 924(c).

### Count Three

> Violation:  18 U.S.C. § 924(c)
> (Possession of a firearm in furtherance of a drug trafficking crime)

On or about December 8, 2021, in the Eastern District of Texas, Defendant MIGUEL ANGEL HERNANDEZ did knowingly possess a firearm, namely: a Century Arms Draco 9mm handgun, serial number RON2160601, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, namely: possession with intent to distribute cocaine, in violation of Title 21 United States Code, Section 841(a)(1).

In violation of Title 18 United States Code, Section 924(c).

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### (Pursuant to 21 U.S.C. § 853)

As a result of the commission of the foregoing offense, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853 any and all property used to facilitate the foregoing offense or constituting or derived from proceeds the defendants obtained directly or indirectly as a result of the foregoing offense.

Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d)

As a result of committing the felony offense in violation of 18 U.S.C. § 924(c) alleged in Counts 2 and 3 of this Indictment, defendant, MIGUEL ANGEL HERNANDEZ, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), all firearms and ammunition involved in the offense.

A TRUE BILL

_____
FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____         Date: 5/11/22
MATTHEW T. JOHNSON
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:22-CR- |
| | § | Judge |
| MIGUEL ANGEL HERNANDEZ | § | |

### NOTICE OF PENALTY

### Count One

Violation: 21 U.S.C. § 841(a)(1)

Penalty: Imprisonment for a term of not more than 20 years, a fine not to exceed $1,000,000.00, or both; and supervised release of at least three years.

Special Assessment: $100.00

### Count Two and Three

Violation: 18 U.S.C. § 924(c)(1)

Penalty: Imprisonment for a term of not less than 5 years which must be served consecutively to any other term of imprisonment, a fine not to exceed $250,000; supervised release of not more than 3 years.

If the firearm possessed by a person convicted of a violation of this subsection is brandished, then the person shall be sentenced to term of imprisonment of not less than 7 years which must be served consecutively to any other term of imprisonment.

If the firearm possessed by a person convicted of a violation of this subsection is discharged, then the person shall be sentenced to term of imprisonment of not less than 10 years which must be served consecutively to any other term of imprisonment.

Special Assessment:   $100.00